The First National Bank of Hoboken, appellant, v. Helen M. Tobin and A. C. Tobin, appellees. Gen. No. 38,616.

Opinion filed April 20, 1936.
Rehearing denied May 4, 1936.

Mayer, Meyer, Austrian & Platt, for appellant; David F. Rosenthal, Frank D. Mayer and William D. Doggett, of counsel. Robert L. Wright, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.